# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny Moran, *et al*,<br><br>          *Plaintiffs*,<br>vs.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>          *Defendants*. | Case No.: CV12-09250CAS(Ex)<br>Complaint filed: October 29, 2012<br>Assigned to: Hon. Christina A. Snyder;<br>Hon. Charles F. Eick, Magistrate Judge<br><br>[~~PROPOSED~~]<br>**PROTECTIVE ORDER** |

THE PARTIES HAVING STIPULATED TO THE FOLLOWING, this Court hereby orders as follows:

1. The parties may designate as confidential the following:

    [A] Any and all completed portions of LAPD Use of Force Investigation Report, Case Number 2011284;

all of which Defendants believe might contain information of a privileged, confidential, private or sensitive nature, by affixing to such document or writing a legend, such as "Confidential." "Confidential Documents," "Confidential Material," "Subject to Protective Order" or words of similar effect. This category of documents and writings so designated, and all information derived therefrom (hereinafter, collectively, "Confidential Information"), shall be treated in accordance with the terms of this

stipulation.

2. Confidential Information may be used by the persons receiving such information only for the purpose of this litigation.

3. Subject to the further conditions imposed by this stipulation, Confidential Information may be disclosed only to the following persons:

(a) Counsel for the parties and to experts, investigators, paralegal assistants, office clerks, secretaries and other such personnel working under their supervision;

(b) Such other parties as may be agreed by written stipulation among the parties hereto.

4. Prior to the disclosure of any Confidential Information to any person described in paragraph 3(a) or 3(b), counsel for the party that has received and seeks to use or disclose such Confidential Information shall first provide any such person with a copy of this stipulation, and shall cause him or her to execute, on a second copy which counsel shall thereafter serve on the other party the following acknowledgment:

"I understand that I am being given access to Confidential
Information pursuant to the foregoing stipulation and order.
I have read the Order and agree to be bound by its terms
with respect to the handling, use and disclosure of such
Confidential Information.
Dated: _____ /s/_____"

5. Upon the final termination of this litigation, including any appeal pertaining thereto, all Confidential Information and all copies thereof shall be returned to the Defendants, except as to Court personnel. All Confidential Information disclosed to any person or party pursuant to any provision hereof also shall be returned to the Defendants.

6. If any party who receives Confidential Information receives a subpoena or other request seeking Confidential Information, he, she or it shall immediately give written notice to the Defendants' counsel, identifying the Confidential Information sought

1 and the time in which production or other disclosure is required, and shall object to the
2 request or subpoena on the grounds of this stipulation so as to afford the Defendants an
3 opportunity to obtain an order barring production or other disclosure, or to otherwise
4 respond to the subpoena or other request for production or disclosure of Confidential
5 Material. Other than objecting on the grounds of this stipulation, no party shall be obligated
6 to seek an order barring production of Confidential Information, which obligation shall be
7 borne by the Defendants. However, in no event should production or disclosure be made
8 without written notice to Defendants' counsel unless required by court order after serving
9 written notice to defendants' counsel.

10     7. Any pleadings, motions, briefs, declarations, stipulations, exhibits or
11 other written submissions to the Court in this litigation which contain, reflect, incorporate
12 or refer to Confidential Information shall be filed and maintained under seal, after written
13 application to the Court made. If the Court approves the application to file the documents
14 under seal, the original and judge's copy of the document shall be sealed in separate
15 envelopes with a title page affixed to the outside of each envelope. No sealed or confidential
16 record of the Court maintained by the Clerk shall be disclosed except upon written order of
17 the Court.

18     8. Counsel for the parties hereto agree to request that any motions,
19 applications or other pre-trial proceedings which could entail the discussion or disclosure
20 of Confidential Information be heard by the Court outside the presence of the jury, unless
21 having heard from counsel, the Court orders otherwise.

22     9. Nothing herein shall prejudice any party's rights to object to the
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | introduction of any Confidential Information into evidence, on grounds including but not
2 | limited to relevance and privilege.

3         10. This Protective Order survives settlement, trial and/or appeal.

6 | **IT IS SO ORDERED.**

9 | DATED: 5/19/14

                                     HONORABLE CHARLES F. EICK
                                     UNITED STATES MAGISTRATE JUDGE

Case 2:12-cv-09250-CAS-E   Document 38   Filed 05/19/14   Page 5 of 5   Page ID #:288
Case 2:12-cv-09250-CAS-E   Document 37-2   Filed 05/19/14   Page 1 of 1   Page ID #:283
MAY/14/2014/WED 03:49 AM   Law Office        FAX No. 626-799-9380                P. 005

1  *IT IS SO STIPULATED:*

3  DATED: May 14, 2014

   LAW OFFICES OF LUIS CARRILLO

   By: /s/ Luis Carrillo
   LUIS CARRILLO

9  DATED: May 13, 2014

   MICHAEL N. FEUER, City Attorney
   THOMAS H. PETERS, Chief Asst. City Attorney
   CORY M. BRENTE, Supervising Asst. City Attorney
   DENISE C. ZIMMERMAN, City Attorney

   By: /S/ Denise C. Zimmerman
   DENISE C. ZIMMERMAN
   Deputy City Attorney

   *Attorneys for Defendant*
   CITY OF LOS ANGELES

4